RECEIVED NOV -4 2010 JA DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC

FILED DEC 21 2010 DENNIS P. IAVARONE, CLERK BY US DISTRICT COURT, EDNC DEP CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

EDDIE COOPER
vs.
SMITHFIELD PACKING, INC

NO. 5:10-CV-479-F

COMPLAINT

1. Plaintiff resides at 502 MOSBY ST
WILSON, NORTH CAROLINA 27893

2. Defendant(s)' name(s) SMITHFIELD PACKING, INC
2401 WILCO BLVD
WILSON, NORTH CAROLINA 27893

Location of principal office(s) of the named defendant(s):
2401 WILCO BLVD
WILSON, NC 27893

Nature of defendant(s)' business: MEAT PACKING COMPANY

Approximate number of individuals employed by defendant:
600

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5.

1

Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

    4. The acts complained of in this suit concern:

        (A) _____ Failure to employ me.

        (B) __✓__ Termination of my employment.

        (C) _____ Failure to promote me.

        (D) _____ Other acts as specified below:

*RACIAL DISCRIMINATION*
*UNFAIR LABOR PRACTICES*
*VIOLATION OF FEDERAL & STATE LAWS AS REGARDS EMPLOYMENT*

    5. Plaintiff is:

        (A) __NOT__ presently employed by the defendant.

        (B) __✓__ not presently employed by the defendant.

        The dates of his employment were __09/22/06__ __02/23/09__. Employment was terminated because:

        (1) __✓__ plaintiff was discharged.

        (2) _____ plaintiff was laid off.

        (3) _____ plaintiff left job voluntarily.

2

6. Defendant(s)' conduct is discriminatory with respect to the following:

(A) ___✓___ my race.

(B) _____ my religion.

(C) _____ my sex.

(D) _____ my national origin.

(E) _____ other as specified below:

_____

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are)

PHIL PRICE - (PLANT MGR)
LUTHER HARDISON (SUPVR)
LINWOOD BATTLE (SUPVR)
KIM BRIGGS   (NURSE
SEAN KEISHER (PLANT SUPERINTENDANT)
JAMES MEACHIN (SUPVR)

8. The alleged discrimination occurred on or about

APRIL 2007 / SEPTEMBER 2008 / NOVEMBER 2008 / DEC. 5 2008
1ST            2nd                    3rd              FORTH OFFENSE
DEFECATED ON   CAUCASIAN WOMAN   REFUSED TO PROVIDE      NO
SELF           GIVEN LIGHT DUTY  ME MEDICAL TREATMENT   LIGHT DUT
WASN'T ALLOWED  I WASN'T        3 COT OFF INS.
TO GO TO BATHROOM
                    FEB. 2009
5TH OFFENSE — TERMINATED FOR UNION PARTICIPATION

9. The nature of my complaint, i.e. the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment is as follows:

PROVIDED LIGHT DUTY TO CAUCASIAN (TRACY SANFORD) BUT DID NOT AFFORD ME THE SAME OPPORTUNITY

WOULD NOT ALLOW ME TO GO TO BATHROOM AND CAUSED ME TO DEFECATE ON MYSELF ON THE LINE

PREVENTED ME FROM RECEIVING FAIR TREATMENT WHEN I BECAME INJURED AND FORCED ME TO WORK EVEN WHEN I HAD A DOCTORS NOTE FOR ONLY LIGHT DUTY THEN REVOKED MY INSURANCE WHILE I WAS OUT ON FMLA.
MY TERMINATION WAS A RETALITORY ACT FOR MY INVOLVEMENT FOR SEEKING A UNION SHOP.

10. The alleged illegal activity took place at: 2401 WILSON, NC 27893

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on or about **SEE 'EEOC N° 433-2009 01943** I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

4

Opportunity Commission. This letter was received by me on

_____

12. I seek the following relief:

(A) ____✓____ recovery of back pay;

(B) ____✓____ reinstatement to my former job;

(C) ____✓____ trial by jury on all issues so triable;

and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_11/3/2010_
DATE

_[signature]_
SIGNATURE OF PLAINTIFF

_502 MOSBY ST._
_WILSON, NC 27893_
_(252) 234.6245_

ADDRESS AND PHONE NUMBER OF PLAINTIFF

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Eddie Cooper
502 Mosby Street
Wilson, NC 27893

From: Raleigh Area Office
1309 Annapolis Drive
Raleigh, NC 27608

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 433-2009-02243
EEOC Representative: Nancy L. Chapman, Investigator
Telephone No.: (919) 856-4094

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal or state law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____ 8-23-10
Thomas M. Colclough, Director         (Date Mailed)

Enclosure(s)

cc: [Respondent]
Wilson, NC

Renee L. Bowser
Legal Department
1775 K Street, NW
Washington, DC 20006

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Raleigh Area Office

1309 Annapolis Drive
Raleigh, NC 27608-2129
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Raleigh Status Line: (866) 408-8075
Direct Dial: (919) 856-4075
TTY (919) 856-4296
FAX (919) 856-4151
Website: www.eeoc.gov

August 6, 2010

Eddie Cooper
502 Mosby Street
Wilson, NC 27893

Re: Cooper versus SMITHFIELD PACKING
EEOC Charge No.: 433-2009-01943

Dear Mr. Cooper:

The processing of your charge of employment discrimination in the above referenced matter has been completed. The Equal Employment Opportunity Commission (EEOC) is dismissing your charge and is issuing to you a Notice of Right to Sue.

Regarding your allegations that you were denied a reasonable accommodation because of your race, color, sex, and disability were not timely filed. In other words, you waited too long after the dates of the alleged discrimination to file your charge.

The evidence is insufficient to establish that the Respondent retaliated against you for opposing an unlawful employment practice that the Commission enforces. Engaging in Union activity is not sufficient to establish retaliation under Title VII of the Civil Rights Act of 1964, as amended.

In view of these facts, it is unlikely that further investigation of your charge will result in a finding that a violation of the law(s) under which you filed your charge has occurred. For that reason, we have dismissed your charge and closed your file.

Enclosed you will find a Dismissal Notice of Right to Sue and an Information Sheet which describes your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. This 90-day period for filing a private lawsuit cannot be waived, extended or restored by EEOC.

I regret that we cannot be of further assistance to you in this matter.

Sincerely,

*Nancy Chapman,*

Nancy L. Chapman
Investigator
Investigator

Enclosures

Enclosure with EEOC
Form 161 (11/09)

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than **2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*