# EXHIBIT B

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 11-CA-22248 | 3/23/09 |

**INSTRUCTIONS:**
File an original together with four copies and a copy for each additional charged party named in Item 1 with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer
Smithfield Packing Co., Wilson Division

b. Number of workers employed
450

c. Address (Street, city, state, and ZIP code)
2401 Wilco Boulevard
Wilson, NC 27893

d. Employer Representative
Phil Price
Plant Manager

e. Telephone No. ( ) - (252) 243-7180
Fax No. ( ) - (252) 243-6079

f. Type of Establishment (factory, mine, wholesaler, etc.)
Food Processing

g. Identify principal product or service
Bacon

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) (3) _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about February 18, 2009, the above-named Employer fired Judith Batts because of her membership in and support of Charging Party Union.

On or about the end of January 20, 2009, the Employer fired Eddie Cooper because of his membership in and support of Charging Party Union.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
United Food & Commercial Workers Union Local 1208

4a. Address (Street and number, city, state, and ZIP code)
3450 Capuano Road
Lumberton, NC 28358

4b. Telephone No. ( ) - (919) 739-4555
Fax No. ( ) - (919) 739-9821

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
United Food & Commercial Workers International Union, CLC

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _(signature of representative or person making charge)_

Renee L. Bowser, Assistant General Counsel
(Print/type name and title or office, if any)

Address 1775 K Street, NW, Washington, D.C. 20006

(fax) ( ) - (202) 728-1803
( ) - (202) 466-1593   3/20/2009
(Telephone No.)   (date)

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.